# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SANTANGELO DE'ANDREA VINCENT, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 2:22-cv-00229-ACA-HNJ |
| v. | ) ) |
| MARY GAMBLE, | ) ) ) |
| Defendant. | |

## MEMORANDUM OPINION

The magistrate judge entered a report on June 17, 2022, recommending that the court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of federal subject matter jurisdiction. (Doc. 6). Although the magistrate judge advised Plaintiff Santangelo De'Andrea Vincent of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this August 2, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE